# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROBERT BROWN

NO. 2024 KW 0916

**DECEMBER 4, 2024**

---

In Re:   Robert Brown, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-22-04491.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

    **WRIT DENIED.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that relator pled guilty and sentencing is set for January 6, 2025. Thus, this request for mandamus relief regarding pretrial motions is moot.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT